# jackson|lewis

Representing Management Exclusively in \_

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, NY | GREENVILLE, S
ALBUQUERQUE, NM | HARTFORD, C
ATLANTA, GA | HONOLULU, H
AUSTIN, TX | HOUSTON, TX
BALTIMORE, MD | INDIANAPOLIS
BIRMINGHAM, AL | JACKSONVILLE
BOSTON, MA | KANSAS CITY I
CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR
CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA
CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO
DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL
DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION
DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY
DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI
GRAND RAPIDS, MI | MINNEAPOLIS, MN

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

January 29, 2020

**VIA ECF & VIA** Torres_NYSDCHAMBERS@nysd.uscourts.gov
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **Mendez v. Lesley Heller Fine Arts LLC**
           <u>Case No. 19-cv-011540 (AT)</u>

Dear Judge Torres:

   This firm represents Defendant, Lesley Heller Fine Arts LLC, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from January 28, 2020 through and including February 28, 2020, and the adjournment of the initial conference presently scheduled for February 19, 2020.

   Plaintiff's counsel consents to these requests. These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

   This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

   Thank you for your consideration of this request.

                  Respectfully submitted,

GRANTED in part, DENIED in part. By **February 21, 2020**, Defendant shall answer or otherwise respond to the complaint. It is further ORDERED that the initial pretrial conference scheduled for February 19, 2020 is ADJOURNED to **March 5, 2020**, at **12:20 p.m.** By **February 27, 2020**, the parties shall submit their joint letter and proposed case management plan.

                  JACKSON LEWIS P.C.

                  By: <u>/s/ Joseph J. DiPalma</u>
                     Joseph J. DiPalma

SO ORDERED.

Dated: January 29, 2020
    New York, New York

              **ANALISA TORRES**
            **United States District Judge**