UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, for herself and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

LESLEY HELLER FINE ARTS LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2020_

19 Civ. 11540 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 29, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by February 27, 2020. ECF No. 10. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **5:00 p.m.** on **March 2, 2020**.

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

                          ANALISA TORRES
                         United States District Judge